# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG PROPERTIES LLC, a California limited liability company; and Does 1-10,<br><br>        Defendants. | Case No.: 2:22-cv-00107-AB-KS<br><br>*Hon. Andre Birotte Jr*<br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 6, 2022<br>Trial Date:      Not on Calendar |

    Pursuant to the parties' stipulation under Fed. R. Civ. P. 41, Plaintiff Eric Cleveland's action against Defendant Samsung Properties LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 13, 2022

                                                    Hon. Andre Birotte Jr<br>                                                    United States District Judge